UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTHONY JACOB SANCHEZ, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:25-CV-00158 |
| REFUGIO DISTRICT JUDGE AND DISTRICT ATT, | § § § § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

On July 16, 2025, United States Magistrate Judge Mitchel Neurock issued his "Order, and Memorandum and Recommendation of United States Magistrate Judge" (D.E. 7), granting Plaintiff permission to proceed *in forma pauperis* and recommending that this civil rights action be construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and that it be dismissed without prejudice pursuant to the *Younger* abstention doctrine.[1]  Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13.

No objections have been timely filed.  Instead, Plaintiff filed a letter with the Court within the deadline for objections. D.E. 14. He indicates that all criminal charges against him have been dismissed.  And he shared plans for future litigation. Nothing in Plaintiff's

---

[1] *Younger v. Harris*, 401 U.S. 37, 41 (1971).

description of his plans contradicts the Magistrate Judge's assessment that the claim stated in his live pleading challenging pending criminal charges is subject to dismissal under the *Younger* doctrine. When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 7), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's claim challenging or seeking dismissal of pending state court criminal charges is **DISMISSED WITHOUT PREJUDICE** pursuant to the *Younger* doctrine or as moot.

**ORDERED** on August 20, 2025.

*Nelva Gonzales Ramos*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE